UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 4:24-CV-00020-CRS-HBB

TAMMY B.                                                                   PLAINTIFF

v.

MARTIN O'MALLEY,                                      DEFENDANT
*Commissioner of Social Security*

## ORDER

The Magistrate Judge has filed his Report and Recommendation (DN 17); no objections thereto have been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 17) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disabled widow's benefits and supplemental security income to Plaintiff.

**IT IS SO ORDERED**.